In the matter of TILLOTSONS,' Infants.

Upon an application to appoint a special guardian for selling an infant's real estate, a part owner of the property and who is also a creditor against the infant's share, ought not to be appointed, however responsible and correct his general conduct may be. And if he should be appointed, his acts will be strictly scrutized by the Court.

Mr. *Davies* read a petition for the appointment of a special guardian. It was in the usual form; with the injunction master's report of sufficiency, &c. But it appeared, that the party proposed as guardian was a part-owner with the infant in the property intended to be sold and was also a creditor against the infant's share.

*September* 24
1833.

*Practice.*
*Guardian.*

THE VICE-CHANCELLOR, from the character and responsibility of the person proposed, allowed the appointment: but intimated, that a person thus circumstanced ought not to apply for guardianship to sell; and that the Court would be strict in scrutinizing his acts and accounts.